UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Edin Mujadzic,

    Plaintiff,

  v.

Gresham Police Department,

    Defendant.

Civil No. 05-477HA

ORDER OF DISMISSAL

Based upon the plaintiff's motion,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed.

Dated this     23    day of May, 2005.

      /s/ Ancer L. Haggerty
    ANCER L. HAGGERTY
    U.S. District Judge